# Jacob Downing *against* Robert Philips.

Foreign attachments set aside, a judgment having been obtained for the demand in a sister state, and an execution levied thereupon.

ON a rule to shew cause why the foreign attachment issued in this suit should not be set aside, the positive affidavit of the plaintiff was shewn, that the defendant was justly indebted to him in 2711 dollars and 13 cents ; and that his place of residence was in the county of Newcastle in the state of Delaware.

The defendant produced the record of a judgment entered against him, in Newcastle county, by the plaintiff, on the 19th February 1805, for the same demand ; and a *fieri facias* issued thereon returnable to October term 1805, on which the defendant's goods and lands were levied.　 On the 25th of the same month a bill was preferred to the chancellor for an injunction, who granted the same, and security was given by the defendant in pursuance of his orders.　 Upon service of the injunction, the plaintiff's counsel countermanded the execution.

On this statement of facts, the plaintiff's counsel insisted, that no equity appeared in the bill exhibited to the chancellor.　 But the court said, it was impossible to support the attachment under the circumstances of this case.

If sufficient equity was not disclosed in the bill to warrant the *chancellor's interposition, this court is bound to pre- [*275 sume, that he will dissolve the injunction.　 The plaintiff has chosen his own forum, in the first instance.　 He has obtained judgment, and levied his execution, which is a satisfaction in

[Donath et al. *v.* Insurance Co. of North America.]

law. He has also ample security under the order for an injunction. To entertain this suit, would be a race for jurisdiction, highly unbecoming the relative character of the individual states of the union towards each other.

Attachment quashed.

Mr. John Read, *pro quer.*

Messrs. Ingersoll and Rodney, *pro def.*